Gregory P. Wong, Esq.
John F. Litwin, Esq.
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: 323-450-2777
john@barklawfirm.com

Attorneys for Plaintiff Rita Urrieta

Christian Keeney CA Bar No. 269533
christian.keeney@ogletree.com
Sarah Christenson CA Bar No. 291548
sarah.christenson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
National Distribution Centers, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RITA URRIETA, an Individual,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 5:21-cv-00357 JWH (KKx)<br><br>**STIPULATION OF DISMISSAL OF CASE**<br><br>Complaint Filed: January 13, 2021<br>Trial Date: None Set<br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Kenly Kiya Kato |

TO THIS HONORABLE COURT:

    The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree to the Dismissal with Prejudice of this action and all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: September 15, 2021        BARKHORDARIAN LAW FIRM, PLC

                                        By:  /s/ John F. Litwin
                                                 Gregory P. Wong
                                                 John F. Litwin
                                                 Attorneys for Plaintiff Rita Urrieta

DATED: September 15, 2021        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                        By:  /s/ Sarah Christenson
                                                 Christian Keeney
                                                 Sarah Christenson
                                                 Attorneys for Defendant
                                                 National Distribution Centers, LLC

1  Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed,
2  and on whose behalf the filing is submitted, concurs in the filing's content and have
3  authorized the filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

48406419_1.docx

# PROOF OF SERVICE
*Rita Urrieta v. National Distribution Centers, LLC, et al.*
Case No. 5:21-cv-00357 JWH (KKx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On September 16, 2021, I served the following document(s):

**STIPULATION OF DISMISSAL OF CASE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail

notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 16, 2021, at Costa Mesa, California.

_____
Lisa Sles

**SERVICE LIST**

| | |
|---|---|
| Gregory P. Wong, Esq.<br>John F. Litwin, Esq.<br>BARKHORDARIAN LAW FIRM, PLC<br>6047 Bristol Parkway, Second Floor<br>Culver City, CA  90230<br>Telephone:  323-450-2777<br>john@barklawfirm.com | Attorneys for Plaintiff<br>Rita Urrieta |